# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Romero,<br><br>　　　　Plaintiff,<br><br>v.<br><br>First Advantage Background Services Corporation,<br><br>　　　　Defendant. | No. CV-24-00052-TUC-JCH (JR)<br><br>**ORDER** |

　　　　Before the Court is the parties' Stipulation to Dismissal (Doc. 23) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　Accordingly, and good cause appearing,

　　　　**IT IS ORDERED withdrawing** the Court's referral of this matter to Magistrate Judge Jacqueline M. Rateau under 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 72.2 of the Rules of Practice of the United States District Court for the District of Arizona (Doc. 10).

　　　　**IT IS FURTHER ORDERED granting** the parties' Stipulation to Dismissal (Doc. 23). The above-captioned action is **dismissed with prejudice**, each party to bear his or its own attorneys' fees and costs.

　　　　Dated this 6th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　John C. Hinderaker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge